IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JACKY SCOTT GARRETT, #01945349 | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:18cv134 |
| | § |
| DIRECTOR, TDCJ-CID | § |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Magistrate Judge recommended the petition for writ of habeas corpus be dismissed with prejudice. Petitioner, with the assistance of counsel, filed objections.

After reviewing the Report and Recommendation and conducting a *de novo* review of Petitioner's objections, the court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court.

Accordingly, it is **ORDERED** the petition for writ of habeas corpus is **DENIED**, and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 23rd day of March, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE